| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE GUSIANI, ESQ.<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100   FAX No: 650-637-8071 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>STFOP227 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: STATE FARM FIRE AND CASUALTY COMPANY
Defendant: DARYL GRESS, et al.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6451 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES.

3. a. Party served:           CARLA GRESS
   b. Person served:          party in item 3.a.
                              SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   3520 ROCK MILLS LANE
                                         CHARLOTTESVILLE, VA 22903

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 27, 2008 (2) at: 10:35AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SPENCER YOUNT                                         d. *The Fee for Service was:*
   b. **FIRST LEGAL INVESTIGATIONS**                        e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

Date: Tue, Mar. 11, 2008

Judicial Council Form                    PROOF OF SERVICE              (SPENCER YOUNT)
Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS                                316009.hayda.118920