| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAWRENCE GUSIANI, ESQ.<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>*Telephone No:* 650-637-9100   *FAX No:* 650-637-8071 | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>STFOP227 |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* STATE FARM FIRE AND CASUALTY COMPANY
*Defendant:* DARYL GRESS, et al.

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6451 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES.

3. a. Party served:          DARYL GRESS
   b. Person served:       CARLA GRESS, WIFE
                           SERVE UNDER F.R.C.P. RULE 4

4. Address where the party was served:   3520 ROCK MILLS LANE
                                          CHARLOTTESVILLE, VA  22903

5. I served the party:
   b. **by substituted service.** On: Wed., Feb. 27, 2008 at: 10:35AM by leaving the copies with or in the presence of:
      CARLA GRESS, WIFE
      SERVED UNDER F.R.C.P. RULE 4
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SPENCER YOUNT                               d. *The Fee* for Service was:
   b. FIRST LEGAL INVESTIGATIONS                  e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA  92702
   c. (714) 550-1375

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Mar. 11, 2008

   *Judicial Council Form*          PROOF OF SERVICE        *(signature)*  (SPENCER YOUNT)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS                                  316086.hayda.118909

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAWRENCE GUSIANI, ESQ.<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA  94065<br>*Telephone No:* 650-637-9100     *FAX No:* 650-637-8071 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>STFOP227 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | |
| *Plaintiff:* STATE FARM FIRE AND CASUALTY COMPANY | | |
| *Defendant:* DARYL GRESS, et al. | | |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 07 6451 JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT; DROP BOX FILING PROCEDURES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Thu., Feb. 28, 2008
    b. Place of Mailing:         SANTA ANA, CA  92702
    c. Addressed as follows:   DARYL GRESS
                               3520 ROCK MILLS LANE
                               CHARLOTTESVILLE, VA  22903

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Feb. 28, 2008 in the ordinary course of business.

5. *Person Serving:*                                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. SOPHIA G. MURILLO                              d. *The Fee for Service was:*
    b. FIRST LEGAL INVESTIGATIONS               e. I am: Not a Registered California Process Server
       301 CIVIC CENTER DRIVE WEST
       SANTA ANA, CA  92702
    c. (714) 550-1375

8. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

    Date:Tue, Mar. 11, 2008

| **Judicial Council Form**<br>**Rule 982.9.(a)&(b) Rev January 1, 2007** | **PROOF OF SERVICE**<br>**By Mail** | (SOPHIA G. MURILLO)<br>*316086.hayda.118909* |
|---|---|---|

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAWRENCE GUSIANI, ESQ.<br>HAYES, DAVIS, BONINO, ELLINGSON, et al<br>203 REDWOOD SHORES PARKWAY<br>SUITE 480<br>REDWOOD SHORES, CA 94065<br>Telephone No: 650-637-9100  FAX: No: 650-637-8071 | |
| Ref. No or File No.: STFOP227 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: STATE FARM FIRE AND CASUALTY COMPANY
Defendant: DARYL GRESS, et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV 07 6451 JL |
|---|---|---|---|---|

1. I, SPENCER YOUNT, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DARYL GRESS as follows:

2. **Documents:** Summons In A Civil Case Complaint For Declaratory Relief; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Welcome To The U.S. District Court; Drop Box Filing Procedures..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 02/16/08 | 9:22am | Home | NO ANSWER AT DOOR. Attempt made by: SPENCER YOUNT. Attempt at: 3520 ROCK MILLS LANE CHARLOTTESVILLE VA 22903. |
| Wed | 02/20/08 | 7:22pm | Home | NO ANSWER AT DOOR. Attempt made by: SPENCER YOUNT. Attempt at: 3520 ROCK MILLS LANE CHARLOTTESVILLE VA 22903. |
| Sat | 02/23/08 | 4:02pm | Home | NO ANSWER AT DOOR. Attempt made by: SPENCER YOUNT. Attempt at: 3520 ROCK MILLS LANE CHARLOTTESVILLE VA 22903. |
| Wed | 02/27/08 | 10:35am | Home | Substituted Service on: DARYL GRESS Home - 3520 ROCK MILLS LANE CHARLOTTESVILLE, VA. 22903 by Serving: CARLA GRESS, WIFE SERVE UNDER F.R.C.P. RULE 4 Competent Member of the Household over 18 by leaving a copy of the document(s) with: CARLA GRESS, WIFE SERVED UNDER F.R.C.P. RULE 4. Served by: SPENCER YOUNT |
| Thu | 02/28/08 | | | Mailed copy of Documents to: DARYL GRESS |

3. *Person Executing*
   a. SPENCER YOUNT
   **b. FIRST LEGAL INVESTIGATIONS**
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92702
   c. (714) 550-1375

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Mar. 11, 2008    AFFIDAVIT OF REASONABLE DILIGENCE    (SPENCER YOUNT)