LAWRENCE M. GUSLANI ESQ. (SBN 104488)
HAYES DAVIS BONINO ELLINGSON &
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
Email: lguslani@hayesdavis.com

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DARYL GRESS, CARLA GRESS, CINDY BISHOP<br><br>Defendants. | Case No. CV 07-6451 JL<br><br>~~APPLICATION FOR~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge: Honorable James Larson |

I, Lawrence M. Guslani, declare:

I am an attorney at law licensed to practice before all the courts of the State of California and am a partner of the law firm Hayes Davis Bonino Ellingson McLay & Scott, LLP attorneys for Plaintiff State Farm Fire and Casualty Company. I make this declaration upon my personal knowledge as such and sworn as a witness, I could competently and would testify as follows:

1.   This action was originally filed on December 21, 2007. Since that time numerous attempts were made to serve defendants Darryl and Carla Gress who know live in Virginia. Original attempts to serve Darryl and Carla Gress were made at their last known address, 4940 Locksview Road in Lynchburg, Virginia. It was later learned that Darryl and Carla Gress no longer resided at that address.

After conducting an investigation, it was learned that Darryl and Carla Gress had moved to 3520 Rock Mills Lane in Charlottesville, Virginia. Attempts were made to serve them on February 16, 2008, February 20, 2008 and February 23, 2008. Substituted service was eventually accomplished with respect to Darryl Gress on February 27, 2008, and personal service on Carla Gress was made on February 28, 2008. Mailed copies of the Complaint were sent on February 28, 2008.

2. Since that time, I have been contacted by attorney Barry Weinstein who advised me he would be representing Darryl and Carla Gress. Mr. Weinstein requested an extension to respond to the Complaint which extension has been granted to and including April 8, 2008. We are in the process of exchanging relevant documents and have not yet met and conferred relative to the Case Management Conference since an appearance has not yet been made on behalf of the Gresses.

3. With respect to Defendant Cindy Bishop, numerous attempts to serve Ms. Bishop have been made since the filing of this Complaint including January 22, January 23, February 2, March 1, March 10 and March 19, 2008. The property known as Cindy Bishop's residence is currently vacant since it appears the property is being renovated and no one is currently residing at the property. Thus far, we have been unsuccessful in locating Cindy Bishop to effectuate personal service of the Complaint. Efforts are still underway in order to locate Ms. Bishop and her current address.

4. Based upon the foregoing, it is respectfully requested that the Case Management Conference be continued for sixty (60) days so that service can be accomplished and an appearance can be made by those parties who have been personally served.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of March, in Redwood City, California.

HAYES DAVIS BONINO
ELLINGSON MCLAY & SCOTT, LLP

By: _____
LAWRENCE M. GUSLANI
Attorneys for Plaintiff
STATE FARM FIRE AND
CASUALTY COMPANY

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Good cause having been shown, it is hereby ordered that the Case Management Conference is continued to __May 28__, 2008.   @ 10:30 a.m.

Dated: __March 21__, 2008   By: _____
Judge James Larson