LAWRENCE M. GUSLANI ESQ. (SBN 104488)
HAYES DAVIS BONINO ELLINGSON &
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
Email: lguslani@hayesdavis.com

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DARYL GRESS, CARLA GRESS, CINDY BISHOP<br><br>Defendants. | Case No. CV 07-6451 JL<br><br>**APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable James Larson |

I, Lawrence M. Guslani, declare:

I am an attorney at law licensed to practice before all the courts of the State of California and am a partner of the law firm Hayes Davis Bonino Ellingson McLay & Scott, LLP attorneys for Plaintiff State Farm Fire and Casualty Company. I make this declaration upon my personal knowledge as such and sworn as a witness, I could competently and would testify as follows:

1. This action was originally filed on December 21, 2007. Numerous attempts were made to serve defendants Darryl and Carla Gress. Substituted service was eventually accomplished with respect to Darryl Gress on February 27, 2008, and personal service on Carla Gress was made on February 28, 2008. Mailed copies of the Complaint were sent on February 28, 2008.

2.  Since that time, I have been contacted by attorney Barry Weinstein who advised me he would be representing Darryl and Carla Gress. Mr. Weinstein requested an extension to respond to the Complaint which extension has been granted. We are in the process of trying to resolve issues pertaining to this matter and have not yet met and conferred relative to the Case Management Conference since an appearance has not yet been made on behalf of the Gresses.

3.  With respect to Defendant Cindy Bishop, numerous attempts to serve Ms. Bishop have been made. Substituted service was made on May 7, 2008.

4.  I have contacted Cindy Bishop and also Mr. Weinstein, counsel for the Gresses, with respect to a continuance of the Case Management Conference for an additional sixty (60) days so that the parties will have sufficient time to respond to the Complaint and discuss further proceedings. Mr. Weinstein has stipulated to such continuance. I have not yet spoken to Ms. Bishop, but do not anticipate any objection since she has contacted me for an extension to respond to the Complaint.

5.  Based upon the foregoing, it is respectfully requested that the Case Management Conference be continued for an additional sixty (60) days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of May, in Redwood City, California.

HAYES DAVIS BONINO
ELLINGSON MCLAY & SCOTT, LLP

By:    //s//
       LAWRENCE M. GUSLANI
       Attorneys for Plaintiff
       STATE FARM FIRE AND
       CASUALTY COMPANY

1  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
2
3  Good cause having been shown, it is hereby ordered that the Case
4  Management Conference is continued to _____, 2008.
5
6
7  Dated:_____, 2008      By:  _____
                                          Judge James Larson
8