| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAWRENCE M. GUSLANI, ESQ. (104488)<br>HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP<br>203 Redwood Shores Parkway, Suite 480<br>Redwood City, CA 94065 | (650) 637-9100 | |
| Attorneys for: STATE FARM FIRE AND CASUALTY COMPANY | Ref. No. Or File No.<br>W2494329 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
STATE FARM FIRE AND CASUALTY COMPANY

Defendant:
DARYL GRESS

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 07-06451 JL |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE; SF COURT INFORMATION; ORDER CONTINUING CASE MANAGMENT CONFERENCE;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : Cindy Bishop |
|---|---|
| By Serving | : Sudha Patel, Owner of GreenMail, a private mailbox rental |
| Address | : 3790 El Camino Real., #2014 , Palo Alto, CA 94306 |
| Date & Time | : Wednesday, May 7, 2008 @ 11:15 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 8, 2008

Signature: _Ronald Marcus_
Ronald Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LAWRENCE M. GUSLANI, ESQ. (104488)<br>HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP<br>203 Redwood Shores Parkway, Suite 480<br>Redwood City, CA 94065 | (650) 637-9100 | |
| Attorneys for: STATE FARM FIRE AND CASUALTY COMPANY | Ref. No. Or File No.<br>W2494329 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
STATE FARM FIRE AND CASUALTY COMPANY

Defendant:
DARYL GRESS

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-06451 JL |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On May 8, 2008, I served the within :

SUMMONS; COMPLAINT; ORDER SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE; SF COURT INFORMATION; ORDER CONTINUING CASE MANAGMENT CONFERENCE;

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

Cindy Bishop

3790 El Camino Real., #2014
Palo Alto, CA 94306

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 8, 2008

Signature: _____
/ Edwina Galvan



Judicial Council form, rule 982(a) (23)