Cindy Bishop
5010 Cutler Rd NE #D2-192
Albuquerque, NM 87110
(415) 424-0664
(415) 662-9137
(786) 549-0605 Fax

Attorney for Plaintiff
CINDY BISHOP
Pro Per

FILED
08 JUN -2 PM 3:52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE CASUALTY COMPANY<br>Plaintiffs<br><br>v<br><br>CARLA GRESS, DARYL GRESS<br>CINDY BISHOP<br>Defendants | CASE NO.: 076451 - JL<br><br>DEFENDANT CINDY BISHOP's ANSWER TO STATE FARM FIRE CASUALTY's COMPLAINT<br><br>BY FAX |

Defendant CINDY BISHOP alleges as follows:

GENERAL DENIAL

Answering each and every paragraph and cause of action in the unverified Complaint, Defendant, denies generally and specifically each and every allegation contained in the Complaint.

-1-

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint in its entirety and each and every cause of action herein fails to allege facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that any losses or damages complained of, if any, sustained by Plaintiff was either wholly or in part caused by persons, firms, corporations, entities other than this answering Defendant.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that any losses or damages complained of, if any, sustained by Plaintiff was either wholly or in part caused by persons, firms, corporations, entities other than this answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that any Action concerning Attorneys' Fees and *Bishop v Gress et Al.* is premature. The *Bishop v Gress et Al.* action is ongoing and no judgement has been returned to date. In fact, the *Bishop v Gress et Al* complaint has not yet gone to Trial.

Even if the Trial *Bishop v Gress* had occurred, Defendant Cindy Bishop would still not be beholden to STATE FARM FIRE CASUALTY as STATE FARM FIRE CASUALTY is not listed as a party in the Complaint, *Bishop v Gress et Al.*

No legal fees would be owed by Cindy Bishop to STATE FARM FIRE CASUALTY regardless of the outcome of the case.

## FIFTH AFFIRMATIVE DEFENSE

Defendant CINDY BISHOP never contacted Plaintiff STATE FARM FIRE CASUALTY COMPANY to request assistance of any form, to demand payment, to request any service, to provide any products, or to demand legal representation. Defendant CINDY BISHOP is not beholden to STATE FARM FIRE CASUALTY COMPANY.

There is no relationship between STATE FARM FIRE CASUALTY COMPANY and Defendant CINDY BISHOP.

STATE FARM FIRE CASUALTY COMPANY's Complaint is solely against Daryl Gress and Carla Gress.

## SIXTH AFFIRMATIVE DEFENSE

STATE FARM FIRE CASUALTY is responsible for mitigating its damages and for properly evaluating Claims at the beginning of the Claim, not after incurring large Fees and Expenses.

STATE FARM FIRE CASUALTY should **immediately** stop funding and financing the legal defense of DARYL GRESS AND CARLA GRESS if it feels that this it has no duty to defend or indemnify DARYL AND CARLA GRESS, as it alleges in its suit.

Any inappropriate funding of a lawsuit is a form of meddling and interference by a Third Party.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant CINDY BISHOP reserves the right to add additional Affirmative Defenses.

## PRAYER FOR RELIEF

WHEREFORE, Defendant CINDY BISHOP prays for judgment against Plaintiff as follows:

1) That the Complaint, and each and every cause of action therein, be dismissed with prejudice;
2) That judgment be rendered in favor of Defendant;
3) That Plaintiff take nothing by reason of her Complaint;
4) For attorneys' fees if so allowed by law;
5) For the costs of suit incurred herein; and
6) For such other and further relief as the Court may deem just and proper.

Dated: May 23rd, 2008

By: _____

CINDY BISHOP
Defendant
Pro Per

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Case Name: STATE FARM FIRE CASUALTY v DARYL & CARLA GRESS, CINDY BISHOP

Case No: 07 6451

### PROOF OF SERVICE

[y] I am party to this action. The matters stated in the document described above are true of my own knowledge and belief except as to those matters stated on information and belief, and as to those matters I believe them to be true.

On 6/1/08, I served the within:

**Defendant CINDY BISHOP's Answer to STATE FARM FIRE CASUALTY Complaint**

On the parties in this action, by transmitting a true copy of the foregoing document(s) in the following manner:

✓ (BY MAIL) I caused each of the above document(s) to be placed in a sealed evelope with postage thereon fully prepaid, to be deposited this date with the United States Postal Office or other mail carrier, addressed as follows:

    Lawrence M. Guslani Esq
    Hayes Davis Bonino Ellingson & McLaw & Scott LLP
    203 Redwood Shores Parkway, Suite 480
    Redwood City, CA 94065
    (650) 637-9100 Phone, (650) 637-8071 Fax

    Daryl & Carla Gress
    3520 Rock Mills Lane
    Charlottesville, Virginia 22903-9321

___ (BY FAXCIMILE) I caused each of the above documents to be faxed to the **Offices** of the following: SEE SERVICE LIST ABOVE

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on 6/1/08 at Menlo Park, CA.

CINDY BISHOP

-5-