UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE and CASUALTY, ET AL., | No. C 07-6451 JL |
| Plaintiffs, | |
| v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| GRESS, ET AL., | |
| Defendants. | |
| _____/ | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____       _____

                                Signature

                                Counsel for _____

                                _____

CONSENT                                     1