LAWRENCE M. GUSLANI ESQ. (SBN 104488)
HAYES DAVIS BONINO ELLINGSON &
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
Email: lguslani@hayesdavis.com

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DARYL GRESS, CARLA GRESS, CINDY BISHOP<br><br>Defendants. | Case No. CV 07-6451 JL<br><br>**APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>Judge: Honorable James Larson |

I, Lawrence M. Guslani, declare:

I am an attorney at law licensed to practice before all the courts of the State of California and am a partner of the law firm Hayes Davis Bonino Ellingson McLay & Scott, LLP attorneys for Plaintiff State Farm Fire and Casualty Company. I make this declaration upon my personal knowledge as such and sworn as a witness, I could competently and would testify as follows:

1. This action was originally filed on December 21, 2007. Numerous attempts were made to serve defendants Darryl and Carla Gress. Substituted service was eventually accomplished with respect to Darryl Gress on February 27, 2008, and personal service on Carla Gress was made on February 28, 2008. Mailed copies of the Complaint were sent on February 28, 2008.

167656                                    -1-
APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1      2.    Since that time, I have been contacted by attorney Barry Weinstein who advised me he would be representing Darryl and Carla Gress. Mr. Weinstein requested an extension to respond to the Complaint which extension has been granted. We are in the process of trying to resolve issues pertaining to this matter and have not yet met and conferred relative to the Case Management Conference since an appearance has not yet been made on behalf of the Gresses.

    3.    With respect to Defendant Cindy Bishop, numerous attempts to serve Ms. Bishop have been made. Substituted service was made on May 7, 2008. She has answered the Complaint.

    4.    I have contacted Cindy Bishop and also Mr. Weinstein, counsel for the Gresses, with respect to a continuance of the Case Management Conference for an additional sixty (60) days so that the parties will have a better idea of the resolution of the underlying action upon which this insurance coverage action is based. The underlying action is set fo0r trial latter this month.

    5.    Based upon the foregoing, it is respectfully requested that the Case Management Conference be continued for an additional sixty (60) days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of August, in Redwood City, California.

HAYES DAVIS BONINO
ELLINGSON MCLAY & SCOTT, LLP

By:     //s//
    LAWRENCE M. GUSLANI
    Attorneys for Plaintiff
    STATE FARM FIRE AND
    CASUALTY COMPANY

1
2

# ORDER CONTINUING CASE MANAGEMENT CONFERENCE

3
4

Good cause having been shown, it is hereby ordered that the Case Management Conference is continued to _____October 8_____, 2008.

5
6
7

Dated: ___August 4___, 2008        By: _____[signature]_____
                                        Judge James Larson

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  CASE NAME:   State Farm v. Daryl Gress, Carla Gress and Cindy Bishop

2  ACTION NO.:   USDC Northern District Case No. CV 3:07-6451 JL

3  PROOF OF SERVICE

4  I am a resident of the State of California. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STATE FARM'S APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Cindy Bishop                                          **Attorney for Plaintiff**
5010 Cutler Rd NE #D2-192                             Cindy Bishop, Pro Per
Albuquerque, NM 87110
Telephone:   415.424.0664
             415.662.9173
Facsimile:   786.549.0605

Daryl and Carla Gress                                 **Plaintiffs**
3520 Rock Mills Lane
Charlottesville, VA 22903-9321

☒ *(Federal)* I declare under the laws of the United States of America that the above is true and correct

Executed August 4, 2008, at Redwood City, California.

*Edwina Feguis*

173077                                  - 1 -

PROOF OF SERVICE – CASE CV 3:07-6451 JL