LAWRENCE M. GUSLANI ESQ. (SBN 104488)
HAYES DAVIS BONINO ELLINGSON &
McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071
Email: lguslani@hayesdavis.com

Attorneys for Plaintiff
STATE FARM FIRE AND CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DARYL GRESS, CARLA GRESS, CINDY BISHOP<br><br>Defendants. | Case No. CV 07-6451 JL<br><br>**APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable James Larson |

I, Lawrence M. Guslani, declare:

I am an attorney at law licensed to practice before all the courts of the State of California and am a partner of the law firm Hayes Davis Bonino Ellingson McLay & Scott, LLP attorneys for Plaintiff State Farm Fire and Casualty Company. I make this declaration upon my personal knowledge as such and sworn as a witness, I could competently and would testify as follows:

1. This is an action for declaratory relief involving insurance coverage. The underlying action upon which this insurance coverage action is based is filed in Marin County Superior Court and entitled *Bishop v. Gress* (Marin County Superior Court Action No. CIV 05-3554.) The trial of that underlying Marin County Superior Court Action has been continued to March 3, 2009.

2. The coverage issues which are the subject of this action will depend, in part, on determinations made in the underlying action filed in Marin County Superior Court. For this reason, it is requested that this action be temporarily stayed or that the Case Management Conference be continued until after March 9, 2009.

3. I have contacted Cindy Bishop and Mr. Weinstein, counsel for the Gresses, and advised them of this request for a continuance.

4. Based upon the foregoing, it is respectfully requested that the Case Management Conference be continued until a date after March 9, 2009 at which point the parties to this case will have a better understanding of the issues still in dispute.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of October, in Redwood City, California.

HAYES DAVIS BONINO
ELLINGSON MCLAY & SCOTT, LLP

By:     //s//
LAWRENCE M. GUSLANI
Attorneys for Plaintiff
STATE FARM FIRE AND
CASUALTY COMPANY

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Good cause having been shown, it is hereby ordered that the Case Management Conference is continued to ____March 11,_____, 2009.

Dated: __October 6_____, 2008    By: _____/s/ James Larson_____
                                          Judge James Larson