```
 1  LAWRENCE M. GUSLANI ESQ. (SBN 104488)
    HAYES SCOTT BONINO ELLINGSON &
 2  McLAY, LLP
    203 Redwood Shores Parkway, Suite 480
 3  Redwood City, CA  94065
    Telephone:  (650) 637-9100
 4  Facsimile:  (650) 637-8071
    Email:      lguslani@hayesscott.com
 5
    Attorneys for Plaintiff
 6  STATE FARM FIRE AND CASUALTY
    COMPANY
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE FARM FIRE AND CASUALTY COMPANY, Plaintiff, v. DARYL GRESS, CARLA GRESS, CINDY BISHOP Defendants. | Case No.  CV 3:07-6451 JL<br><br>**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Judge:   Honorable James Larson |
|---|---|

It is hereby Stipulated, by and between the parties that STATE FARM FIRE AND CASUALTY COMPANY may dismiss the case without prejudice.

Dated:___7-22___,2009      HAYES SCOTT BONINO
                          ELLINGSON & MCLAY, LLP

                          By: _____
                              LAWRENCE M. GUSLANI
                              Attorneys for Plaintiff
                              STATE FARM FIRE AND
                              CASUALTY COMPANY

Dated:_____,2009     By: _____
                              Cindy Bishop
                              Defendant, Pro-Per

209165                             -1-
**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE – CASE NO. CV 3:07-645 JL**

1  LAWRENCE M. GUSLANI ESQ. (SBN 104488)
   HAYES SCOTT BONINO ELLINGSON &
2  McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
3  Redwood City, CA 94065
   Telephone: (650) 637-9100
4  Facsimile: (650) 637-8071
   Email: lguslani@hayesscott.com
5
   Attorneys for Plaintiff
6  STATE FARM FIRE AND CASUALTY
   COMPANY
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | STATE FARM FIRE AND          | Case No. CV 3:07-6451 JL
11 | CASUALTY COMPANY,            |
                                  | STIPULATION TO DISMISS CASE
12 |        Plaintiff,             | WITHOUT PREJUDICE
13 |           v.                  |
                                  | Judge:   Honorable James Larson
14 | DARYL GRESS, CARLA GRESS,    |
   | CINDY BISHOP                 |
15 |                              |
   |        Defendants.           |
16

17     It is hereby Stipulated, by and between the parties that STATE FARM FIRE
18 AND CASUALTY COMPANY may dismiss the case without prejudice.
19
20 Dated: 7-22 , 2009        HAYES SCOTT BONINO
21                           ELLINGSON & McLAY, LLP
22                           By: /s/
23                              LAWRENCE M. GUSLANI
                                Attorneys for Plaintiff
24                              STATE FARM FIRE AND
                                CASUALTY COMPANY
25
26 Dated: 7.24 , 2009        By: /s/
27                              Cindy Bishop
                                Defendant, Pro-Per
28

209165                          -1-
STIPULATION TO DISMISS CASE WITHOUT PREJUDICE – CASE NO. CV 3:07-645 JL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 7-23-09 ,2009 | MEREDITH, WEINSTEIN & NUMBERS, LLP |
| 3 | | By: /s/ *signature* |
| 4 | | Barron L. Weinstein |
| 5 | | Attorneys for Defendants Daryl and Carla Gress |

## ORDER

Pursuant to the Stipulation of the parties herein, it is hereby ordered that this matter is dismissed without prejudice

Dated: _____7-27_____, 2009     By: *James Larson signature*
                                       Judge James Larson

| | |
|---|---|
| 1 | CASE NAME:    State Farm v. Daryl Gress, Carla Gress and Cindy Bishop |
| 2 | ACTION NO.:   USDC Northern District Case No. CV 3:07-6451 JL |

**PROOF OF SERVICE**

I am a resident of the State of California. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, CA 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.
- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Cindy Bishop  **Defendant, Pro Per**
5010 Cutler Rd NE #D2-192
Albuquerque, NM 87110
Telephone:    415.424.0664 & 415.662.9173
Facsimile:    786.549.0605

Barron L. Weinstein  **Attorney for Defendants**
**MEREDITH, WEINSTEIN & NUMBERS, LLP**  Daryl and Carla Gress
115 Ward Street
Larkspur, CA 94939
Telephone:    415.927.6920
Facsimile:    415.927.6929

☒  *(Federal)* I declare under the laws of the United States of America that the above is true and correct

Executed July 24, 2009 at Redwood City, California.

_Edwina Feguis_

209606

- 1 -

PROOF OF SERVICE – CASE CV 3:07-6451 JL